[No. 50632-3-I.   Division One.   March 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEONTE D. STANDARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07268-1, Laura Gene Middaugh, J., entered May 24, 2002. *Reversed* by unpublished per curiam opinion.

[No. 25793-9-II.   Division Two.   March 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB GAMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00537-6, James E. Rulli, J., entered April 5, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 26347-5-II.   Division Two.   March 18, 2003.]

EVELYNE GRUNDY, *Appellant*, v. THE BRACK FAMILY TRUST, ET AL., *Respondents*

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02116-6, Christine A. Pomeroy, J., entered August 23, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ. Now published at 116 Wn. App. 625.

[No. 27141-9-II.   Division Two.   March 18, 2003.]

SHAWN S. SUGGS, *Appellant*, v. ANDREW O. HAMILTON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-3-00648-5, David R. Draper, J., entered April 5, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.